1 | MELINDA HAAG, CSBN 132612
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7 |

Attorneys for Respondents
8 |

UNITED STATES DISTRICT COURT
9 |

NORTHERN DISTRICT OF CALIFORNIA
10 |

SAN FRANCISCO DIVISION
11 |

FERNANDO MORENO MENDEZ and MARIA    )   No. C 10-2471 TEH
12 | DEL CARMEN MORENO GOMEZ,            )
                                        )
13 |            Petitioners,            )   **JOINT MOTION TO DISMISS;
                                        )   [PROPOSED] ORDER**
14 |        v.                          )
                                        )
15 | JANET NAPOLITANO, Secretary of Homeland  )
Security, TIMOTHY AITKEN, San Francisco )
16 | Field Office Director, United States Immigration )
and Customs Enforcement, and            )
17 | ERIC H. HOLDER, JR., Attorney General,  )
                                        )
18 |            Respondents.            )
     _____ )
19 |

20 |    This immigration habeas petition has been stayed until the Ninth Circuit Court of Appeals

21 | issued a final decision in <u>Singh v. Napolitano</u>, 619 F.3d 1101 (9th Cir. 2010).

22 |    On March 21, 2011, the Ninth Circuit denied the petition for panel rehearing and the petition

23 | for rehearing <u>en banc</u>. On April 12, 2011, the appellate court denied the petitioner-appellant's

24 | subsequent motion to stay the mandate. On May 3, 2011, the Mandate issued. Accordingly, the

25 | holding in <u>Singh</u> stands, and the parties jointly move the Court to dismiss the habeas petition

26 | without prejudice. The parties agree to continue the stay of removal for thirty (30) days from

27 | dismissal, to allow the Board of Immigration Appeals to consider Petitioner's motion to reopen

28 | removal proceedings and stay of removal.

1    Each party shall pay their own costs and fees.

2   Dated: May 18, 2011                    Respectfully submitted,

3                                          MELINDA HAAG
                                           United States Attorney
4
                                           _____
5                                                    /s/
                                           ILA C. DEISS[1]
6                                          Assistant United States Attorney
                                           Attorneys for Respondents
7

8   Dated: May 18, 2011                    _____
                                                     /s/
9                                          JAMES TODD BENNETT
                                           Attorney for Petitioner
10

11                              **[~~PROPOSED~~] ORDER**

12    Pursuant to the joint motion of the parties, IT IS SO ORDERED.  The stay of deportation will

13   expire in thirty (30) days from the date of this Order.  The habeas petition is DISMISSED, without

14   prejudice.  The parties shall bear their own costs and fees.  The Clerk shall close the file.

15   Dated      05/19/2011

16

17                                                        ge

18

19                                        Judge Thelton E. Henderson

20

21

22

23

24

25

26

27   _____

28      [1]I, Ila C. Deiss, hereby attest that I obtained the concurrence of all signatories represented
     by a conformed (/s/) signature in the filing of this document.